# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT COURT OF LOUISIANA

| | | |
|---|---|---|
| **RONNIE JACKSON** | * | **CIVIL ACTION NO.: 3:17-cv-00302** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| **PACE CONSTRUCTION** | * | |
| **SERVICES, LLC** | * | **MAGISTRATE:** |

******************

## COMPLAINT UNDER 29 U.S.C. § 216(b)

The petition of Ronnie Jackson, a major domiciled in the Parish of East Baton Rouge, State of Louisiana, who respectfully represents that:

1.

Made defendant herein is Pace Construction Services, LLC, a domestic company, which may be served through its agent for service of process, Tommy Pace, 7480 Pride Port Hudson Road, Zachary, Louisiana 70791.

2.

The plaintiff, Ronnie Jackson ("the plaintiff"), was an employee of the defendant, Pace Construction Services, LLC ("the defendant"), and brings this action for unpaid overtime compensation, declaratory relief and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA"). This Court has jurisdiction over the plaintiff's claims pursuant to 28 U.S.C. §1337 and the FLSA.

3.

In the plaintiff's job, he performed general duties and related activities for the defendant within this judicial district.

4.

The defendant operates and conducts business in, among others, parishes within this judicial district and is therefore within the jurisdiction of this Court.

5.

This action is brought under the FLSA to recover from the defendant overtime compensation, liquidated damages, and reasonable attorney fees and costs.

6.

At all material times relevant to this action, the defendant was an enterprise covered by the FLSA and as defined by 29 U.S.C. § 203(r) and 203(s).

7.

At all times relevant to this action, the defendant failed to comply with 29 U.S.C. §§ 201-209, because the plaintiff performed services for the defendant for which no provisions were made by the defendant to properly pay the plaintiff for those hours worked in excess of forty within a work week.

8.

During his employment with the defendant, the plaintiff was not paid time and one-half his regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

9.

The records, to the extent any exist, concerning the number of hours worked and amounts paid to the plaintiff are in the possession and custody of the defendant.

10.

The plaintiff was entitled to be paid time and one-half his regular rate of pay for each hour

worked in excess of forty (40) per work week. During his employment with the defendant, the plaintiff regularly worked overtime hours but was not paid time and one half compensation for this time.

11.

As a result of the defendant's intentional, willful, and unlawful acts in refusing to pay the plaintiff time and one half his regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work weeks, the plaintiff has suffered damages plus is incurring reasonable attorney fees and costs.

12.

As a result of the defendant's willful violation of the FLSA, the plaintiff is entitled to liquidated damages.

WHEREFORE, the plaintiff demands that, after due proceedings had, there be judgment against the defendant for the payment of all overtime hours at one and one-half the regular rate of pay for the hours worked by him for which the defendant did not properly compensate him, liquidated damages, reasonable attorney fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
(225) 932-9221; (225) 932-9286 (fax)

*/s/ Eulis Simien, Jr.*
By:   Eulis Simien, Jr. (T.A.), Bar # 12077
        Jimmy Simien, Bar # 1598